# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| IN RE: **JUAN LUIS REYES RAMOS**<br>**FRANCINE PACHECO LABOY**<br>Debtor(s) | CASE NO: **16-02778-MCF**<br><br>Chapter 13 |
|---|---|

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **04/09/2016**

Days From Petition Date: **33**

910 Days Before Petition: **10/11/2013**

Chapter 13 Plan Date: **05/07/2016** ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: **05/12/2016 at 1:00PM**

341 Meeting Date: **05/12/2016 at 1:00PM**

Confirmation Hearing Date: **06/17/2016 at 1:30PM**

Plan Base: **$32,660.00**   Plan Docket #**13**

This is the 1 scheduled meeting.

Total Paid In: **$360.00**

---

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK          Joint Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK

☑ Examined   ☐ Not Examined under Oath              ☑ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☑ Present

Name of Attorney Present (Other than Attorney of Record):   Figueroa Colon, Esq.

☐ Pro-se

☑ Creditor(s) Present          ☐ None

BPPR- VILCHES

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**   Paid Pre-Petition: **$62.00**   Outstanding (Through the Plan): **$2,938.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under ☑ Above Median Income          Liquidation Value: $ 11,819.00 (TBD)

Commitment Period is   ☐ 36 months   ☑ 60 months §1325(b)(1)(B)          Projected Disp. Inc.: $ 0.00

The Trustee:   ☐ NOT OBJECTS   ☑ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 100 %

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR _____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor has failed to submit pay stubs pertaining to the months of November 30, December 15 and 30. Joint Debtor has failed to submit pay stubs pertaining to the months of October 2015 to January 2016. The Trustee cannot verify adequately Means Test data without evidence of income. Debtor's commitment period cannot be determined at this time. Trustee to verify income (Schedule I and MT) once this evidence is submitted.

[1325(a)(4)] Plan fails Creditors Best Interest Test.

Trustee to verify the exemption claimed over inheritance.

*OTHER COMMENTS / OBJECTIONS

NONE.

/s/ Jose R. Carrion, Esq.         Meeting Date: May 12, 2016
        Trustee

/s/ Mayra Arguelles, Esq., Presiding Officer

Last Docket Verified: 12    Last Claim Verified: 4