# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| IN RE: **JUAN LUIS REYES RAMOS**<br>**FRANCINE PACHECO LABOY**<br>Debtor(s) | CASE NO: 16-02778-MCF<br><br>Chapter 13 |
|---|---|

## - AMENDED -

### TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$62.00**    Outstanding (Through the Plan): **$2,938.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are) ☐ Under   ☒ Above Median Income        Liquidation Value: **$$11,819.00**

Commitment Period is    ☐ 36 months   ☒ 60 months §1325(b)(1)(B)    General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: May 07, 2016  (Dkt  13)    Plan Base: **$32,660.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☒ **OBJECTS**   Plan Confirmation    Gen. Uns. Approx. Dist.: 100 %

The Trustee objects to confirmation for the following reasons:

**[1325(a)(4)]** Plan fails Creditors Best Interest Test.

The Trustee has objected Debtor's d5 exemption in Schedule C. The case's liquidation value could vary. Docket no. 17.

**\*OTHER COMMENTS / OBJECTIONS**

NONE.

## NOTICE

**14 day notice**: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: June 28, 2016

/s/ Nannette Godreau, Esq.

Last Docket Verified: 19   Last Claim Verified: 4   CMC: RC